**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Tom River Real Estate, L.L.C., a New Jersey limited liability company; and Hasmukh S. Patel, an individual,<br><br>　　　　Defendants. | No. CV-07-0616-PHX-DGC<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's motion for entry of default judgment re Count III of Complaint. Dkt. 19. Pursuant to the Court's October 23, 2007 Order (Dkt. #18), Plaintiff's were required to submit evidence to the Court sufficient to establish the mean of Defendants' room rates per day and the total number of rooms. On October 29, 2007 Plaintiff submitted evidence showing Defendants' hotel property has 49 rooms and a mean room rate of $114 per night. Doc. #20.

　　　　**IT IS ORDERED** that default judgment is entered in favor of Plaintiff and against Defendants on Count III in the amount of $51,111.90. Plaintiff shall submit a final form of judgment reflecting all amounts awarded by the Court.

　　　　DATED this 2nd day of November, 2007.

*[signature]*
David G. Campbell
United States District Judge